UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOSE PALACIOS

    v.                                  3:13CV1405 (JCH)

LAWRENCE LABONTE d/b/a
Insight Design & Construction,
NEW ENGLAND DEVELOPMENT
AND FUNDING, LLC, NEW ENGLAND
REAL ESTATE ADVISORS, LLC, SHORT
TERM CAPITAL, LLC.

## DEFAULT JUDGMENT

      This action came on for consideration before the Honorable Janet C. Hall, United States District Judge, as a result of plaintiff's Motion for Default Judgment pursuant to FRCivP 55(b) of the Federal Rules of Civil Procedure.   On May 5, 2014, a default under Rule 55(a) FRCivP entered, against defendants, Labonte, New England Development and Funding LLC, New England Real Estate Advisors, LLC and Short Term Capital, LLC, and on July 1, 2014, the court entered an Order granting plaintiff's Motion. The plaintiff, Jose Palacios, is awarded $73,125.00 in U.S. Currency, $5,887.50 for attorney's fees, and $433.52 in costs, for a total award of $79,446.02 in U.S. Currency.

      Therefore, it is ORDERED, ADJUDGED and DECREED that judgment is entered in favor of the plaintiff in the total amount of $79,446.02, against the defendants, jointly and severally, and the case is closed.

      Dated at New Haven, Connecticut, this 1ST Day of July, 2014.

                                                                                          Robin D. Tabora, Clerk

Entered on Docket 7/1/2014

                                                                  by /s/ Diahann Lewis
                                                                  Deputy Clerk