UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JOSE PALACIOS, | : | |
|     Plaintiff, | : | CIVIL ACTION NO. |
| | : | 3:13-CV-1405 (JCH) |
| v. | : | |
| | : | |
| LAWRENCE LABONTE, ET AL., | : | AUGUST 28, 2014 |
|     Defendant. | : | |

## ORDER FOR EXAMINATION OF JUDGMENT DEBTORS

The Plaintiff having moved for an Examination of the Judgment Debtors and for a hearing on Defendants' ability to pay the default judgment rendered against them, it is hereby ORDERED that the defendant Lawrence Labonte, on his own behalf as an individual defendant and as the principal in each and all of the defendant limited liability companies, appear before the District Court in Courtroom 1, at 141 Church Street, New Haven, Connecticut, on the 29th day of September, 2014, at 3:30 p.m. then and there to be examined under oath concerning the defendants' assets and their ability to pay the judgment entered against them. The Court may make such orders at the hearing or thereafter that it determines to be reasonably calculated to facilitate payment of the judgment.  The defendant is advised that failure to appear before the Court at the scheduled time and place may subject the defendant to being held in Contempt of Court and having a Capias Writ issued for the arrest of the non-appearing defendant. Plaintiff is ordered to serve a copy of this Order on the judgment debtor no later than September 11, 2014 and to file the returns no later than September 18, 2014.

**SO ORDERED.**

    Dated at New Haven, Connecticut this 28th day of August, 2014.

                                        /s/ Janet C. Hall
                                        Janet C. Hall
                                        United States District Judge